JULIAN PRZECZEWSKI, Respondent, *v.* JOSEPH BARDSLEY et al., Composing the Firm of BARDSLEY BROTHERS, Appellants.

*Przeczewski* v. *Bardsley*, 138 App. Div. 907, affirmed.
(Argued October 17, 1911; decided October 31, 1911.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered May 21, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants, his employers.

*Orlando P. Metcalf* and *Herbert Noble* for appellants.

*Julius Hilbern Cohn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.